UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 JAN 20 PM 1: 12
CLERK
BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>TERRENCE ANDERSON,        )<br>    aka "Shawn Johnson,"  )<br>Defendant.        ) | Criminal No.<br><br>5:22-cr-4-1 |

### INDICTMENT

The Grand Jury charges:

### Count One

On or about January 9, 2022, in the District of Vermont, the defendant TERRENCE ANDERSON, aka Shawn Johnson, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit: a Ruger EC9s 9mm semi-automatic pistol.

(18 U.S.C. § 922(g)(1))

1

## Count Two

On or about January 9, 2022, in the District of Vermont, the defendant TERRENCE ANDERSON, aka Shawn Johnson, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (commonly known as fentanyl), a Schedule II controlled substance.

(21 U.S.C. §§ 841(a) & 841(b)(1)(B))

Forfeiture Notice

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(g) set forth above in Count One, TERRENCE ANDERSON shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- Ruger EC9s 9mm semi-automatic pistol, serial number 458-84986.
- Assorted ammunition.

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL

REDACTED

FOREPERSON

NIKOLAS P. KEREST (JAO)
United States Attorney
Burlington, Vermont
January 20, 2022